UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE SCHNIPPER,
Plaintiff,
v.
JEN-HSUN HUANG, et al.,
Defendants.

Case No. 26-cv-14131-LJC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 1

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED**, to the Honorable Charles R. Breyer for consideration of whether the case is related to *Kistenmacher v. NVIDIA Corporation et al.* (3:26-cv-13448-CRB).

**IT IS SO ORDERED.**

Dated: November 20, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California