United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID D. LEE,
Plaintiff,
v.
NVIDIA CORPORATION, et al.,
Defendants.

Case No. 26-cv-14120-RS

**REFERRAL FOR RELATED CASE DETERMINATION**

Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Charles R. Breyer for a determination as to whether it is related to *Kristenmacher v. Nvidia*, 26-cv-13448, within the meaning of Civil Local Rule 3-12(a).

**IT IS SO ORDERED**.

Dated: November 23, 2026

RICHARD SEEBORG
United States District Judge